UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:  8:09-CV-2339-T30-AEP

OWEN HARTY, Individually,

    Plaintiff,

vs.

FUEL AND SHUBH CAPITAL MANAGEMENT II,
LLC and WESTSHORE HOTEL PROPERTY, LLC, A
Florida Limited Liability Company,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendant, Westshore Hotel Property, LLC, by and through its undersigned counsel, hereby notifies the Court that this matter has been settled.  The parties will be submitting a Joint Stipulation of Dismissal with Prejudice.

Dated: July 6, 2010.

                                                _s/ Jurate Schwartz, Esq._
                                              Jurate Schwartz, Esq.
                                              Florida Bar No. 0712094
                                              Email: jschwartz@proskauer.com
                                              PROSKAUER ROSE LLP
                                              2255 Glades Road, Suite 340W
                                              Boca Raton, FL 33431
                                              Tel: (561) 241-7400
                                              Fax: (561) 241-7145

                                              - and -

Carolyn Doppelt Gray, Esq. *(Admitted Pro Hac Vice)*
Email: cgray@proskauer.com
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 416-5842
Fax: (202) 416-6899
*Attorneys for Defendant, Westshore Hotel Property, LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
4868 S.W. 103rd Avenue
Cooper City, FL 33328
Tel: (954) 478-7811

  s/ Jurate Schwartz
Jurate Schwartz, Esq.
Florida Bar No. 0712094
Email: jschwartz@proskauer.com
*Attorneys for Defendant, Westshore Hotel Property, LLC*
PROSKAUER ROSE LLP
2255 Glades Road, Suite 340W
Boca Raton, FL 33431
Tel: (561) 241-7400
Fax: (561) 241-7145