## EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:09-CV-2339-T30-AEP

OWEN HARTY, Individually,

    Plaintiff,

vs.

FUEL AND SHUBH CAPITAL MANAGEMENT II, LLC and WESTSHORE HOTEL PROPERTY, LLC, A Florida Limited Liability Company,

    Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, OWEN HARTY, and Defendant, WESTSHORE HOTEL PROPERTY, LLC, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties, and, pursuant to the Court's Order, dated July 13, 2010, submit the attached stipulated form of a Final Order of Dismissal with Prejudice.

SIGNATURES FOLLOW ON NEXT PAGE

Date: September ___, 2010

_s/ Thomas B. Bacon_
Thomas B. Bacon, Esq.
Florida Bar No. 139262
THOMAS B. BACON, P.A.
4868 S.W. 103rd Avenue
Cooper City, FL 33328
Tel: (954) 478-7811
Fax: (954) 237-1990
Email: tbb@thomasbaconlaw.com
*Attorneys for Plaintiff, Owen Harty*

_s/ Jurate Schwartz_
Jurate Schwartz, Esq.
Florida Bar No. 0712094
PROSKAUER ROSE LLP
2255 Glades Road, Suite 340W
Boca Raton, FL 33431
Tel: (561) 241-7400
Fax: (561) 241-7145
Email: jschwartz@proskauer.com

- and -

_s/ Carolyn Doppelt Gray_
Carolyn Doppelt Gray, Esq. *(Admitted Pro Hac Vice)*
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 416-5842
Fax: (202) 416-6899
Email: cgray@proskauer.com
*Attorneys for Defendant, Westshore Hotel Property, LLC*