## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**OWEN HARTY,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No. 8:09-cv-2339-T-30AEP**

**FUEL AND SHUBH CAPITAL
MANAGEMENT II, LLC, et al.,**

    **Defendants.**

_____/

## ORDER

THIS CAUSE comes before the Court upon the Stipulation for Voluntary Dismissal with Prejudice (Dkt. 21). The Court entered an Order of dismissal on July 13, 2010, in which the Court retained jurisdiction to determine the reasonableness of Plaintiff's attorney's fees and costs. The parties have not provided the Court with any information regarding Plaintiff's attorney's fees. The Court will not approve the stipulation of dismissal without review of the settlement terms including attorney's fees and costs.

It is therefore ORDERED AND ADJUDGED that:

1. The parties shall submit the terms of the settlement agreement for the Court's review within twenty (20) days of the entry of this Order.

2. Plaintiff's attorney shall submit an attorney's fee and costs affidavit with supporting time records and documentation within twenty (20) days of the entry of this Order.

3. No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.

**DONE** and **ORDERED** in Tampa, Florida on September 13, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-2339.no approval of stip.frm